**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JASON VON JIMENEZ,

      Plaintiff,

v.

                                                           Civ. No. 21-980 MV/GJF

FNU JARAMILLO, *et al*,

      Defendants.

**ORDER TO CURE DEFICIENCY**

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis*. ECF 2. The Motion is deficient because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions between April 7, 2021, and October 7, 2021. All filings must include the case number (Civ. No. 21-980 MV/GJF).

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall file a certified inmate account as set forth above. *The failure to timely comply with this Order may result in dismissal of this action without further notice.*

**SO ORDERED.**

                                                            _____
                                                            THE HONORABLE GREGORY J. FOURATT
                                                           UNITED STATES MAGISTRATE JUDGE